1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  WILLIAM J. EDELMAN (CABN 285177)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        E-mail: william.edelman@usdoj.gov
8
   Attorneys for United States of America
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,            )  NO. CR 15-00308-WHA
                                        )
14      Plaintiff,                      )  STIPULATION AND [PROPOSED] ORDER
                                        )  EXCLUDING TIME
15      v.                              )
                                        )
16 UBALDO HERNANDEZ EDESA,              )
                                        )
17      Defendant.                      )
                                        )
18

19      On November 24, 2015, the parties first appeared before the District Court. (ECF No. 10.) The

20 matter was continued to December 8, 2015 while defense counsel continued to review and evaluate the

21 discovery produced by the government, and the parties stipulated on the record that time should be

22 excluded from the Speedy Trial Act from November 24, 2015 to December 8, 2015 for continuity of

23 counsel and for effective preparation of defense counsel. (Id.)

24      On December 8, 2015, the Court held a status conference. Defendant requested a one-week

25 continuance, which the Court granted. (ECF No. 11.) The parties stipulated on the record that time

26 should be excluded from the Speedy Trial Act from December 8, 2015, to December 15, 2015, for

27 effective preparation of defense counsel. (Id.)

28
   STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER STA
   Case No. CR 15-00308 WHA

The parties agree that the continuances from November 24, 2015, to December 15, 2015 were for the reasonable time necessary for continuity of defense counsel and effective preparation of defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties agreed that the ends of justice served by granting the continuances outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED.

BRIAN J. STRETCH
Acting United States Attorney

DATED: December 22, 2015            /s/ *William J. Edelman*
                                    WILLIAM J. EDELMAN
                                    Special Assistant United States Attorney

DATED: December 22, 2015            */s/ Gabriela Bischof*
                                    GABRIELA BISCHOF
                                    Attorney for Mr. Hernandez Edesa

For the reasons stated above, the Court finds that an exclusion of time between November 24, 2015, and December 15, 2015 is warranted and that the ends of justice served by the continuance outweighs the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).  The failure to grant the requested continuance would deny Mr. Hernandez Edesa continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

**SO ORDERED**.

DATED:  December 23, 2015.          _____
                                    HON. WILLIAM ALSUP
                                    United States District Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER STA
Case No. CR 15-00308 WHA